David C. FRAZIER, Plaintiff-Appellant,

v.

Honorable Frederick J.R. HEEBE, et al., Defendants-Appellees.

No. 84–3706.

United States Court of Appeals, Fifth Circuit.

Aug. 26, 1987.

Cornish F. Hitchcock, Washington, D.C., Gregg L. Spyridon, Lafayette, La., Gary L. Roberts, Pascagoula, Miss., for plaintiff-appellant.

Curtis R. Boisfontaine, Cicero C. Sessions, Sally A. Shushan, New Orleans, La., for defendants-appellees.

*On Remand From The Supreme Court of the United States.*

Before GOLDBERG, POLITZ, and JOLLY, Circuit Judges.

PER CURIAM:

court rules of the Eastern District of Louisiana. We affirmed, *Frazier v. Heebe,* 788 F.2d 1049 (5th Cir.1986). The Supreme Court granted certiorari and, exercising its supervisory authority, reversed. *Frazier v. Heebe,* —— U.S. ——, 107 S.Ct. 2607, 96 L.Ed.2d 557 (1987). We now remand to the district court for entry of a judgment consistent with the decision and mandate of the Supreme Court.